SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.:  **26-8072MB**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/20/2026 | 2/20/2026 15:54 Hours | Copy will be provided to attorney |

INVENTORY MADE IN THE PRESENCE OF        SA Jorge Rodriguez

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Approximately 123 GB of data from an
iPhone 13 extraction

# NOT EXECUTED

❏    This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: _____3/2/2026_____

_____
Executing Officer's Signature

Valerie Ventura, Special Agent

_____
Printed Name and Title